CSD 1001A [11/15/04]

Name, Address, Telephone No. & I.D. No.

Vincent A. Gorski, Esq. (SBN: 236487)
THE GORSKI FIRM, APC
1430 Truxtun Avenue, Fifth Floor
Bakersfield, CA 93301
(661) 952-9740

Order Entered on
April 23, 2014
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

JOE MANUEL LOUCAO, et. al.

Debtor.

BANKRUPTCY NO. 3:14-bk-00601-MM-7

Date of Hearing: NO HEARING REQUIRED
Time of Hearing: NO HEARING REQUIRED
Name of Judge: NO HEARING REQUIRED

# ORDER ON
**AUTOMOTIVE FINANCE CORPORATION'S EX PARTE MOTION FOR ENLARGEMENT OF TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE OR TO EXCEPT DEBT FROM DISCHARGE (the "Motion").**

**COURT MODIFIED**

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __1__ pages, is granted. Motion/Application Docket Entry No. __26__

//
//
//
//
//
//

DATED: April 23, 2014

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Judge, United States Bankruptcy Court

Submitted by:

THE GORSKI FIRM, APC
(Firm name)

By: Vincent A. Gorski
    Attorney for ☑ Movant ☐ Respondent

CSD 1001A

CSD 1001A [11/15/04] (Page 2)
ORDER ON AUTOMOTIVE FINANCE CORPORATION'S EX PARTE MOTION FOR
DEBTOR: JOE MANUEL LOUCAO, et. al.                                   CASE NO: 3:14-bk-00601-MM-7

This Court having reviewed the Motion, and good cause appearing therefore, finds the Motion should be granted for a short time period only since the Motion is not supported by sufficient evidence for a longer extension.  Nor is it appropriate for longer relief to be granted on an ex parte basis.
It is therefore:
ORDERED that the Motion is granted for a short time basis subject to further extension if justified.  It is further,
ORDERED that AFC shall have through and including May 1, 2014 in which to file a complaint to except debt from discharge or to deny discharge unless further extended by order of the Court.

CSD 1001A

Signed by Judge Margaret M. Mann April 23, 2014

United States Bankruptcy Court
Southern District of California

In re:  
Joe Manuel Loucao  
Jo Ann Loucao  
       Debtors

Case No. 14-00601-MM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0974-3     User: melimu     Page 1 of 1     Date Rcvd: Apr 24, 2014  
                      Form ID: pdfO4    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2014.  
db/jdb      +Joe Manuel Loucao,   Jo Ann Loucao,   1756 Burbury Way,   San Marcos, CA 92078-0927

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         E-mail/Text: bankruptcy@autofinance.com Apr 25 2014 00:26:38     Automotive Finance Corporation,   13085 Hamilton Crossing,   Carmel, IN  46032
                                                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2014 at the address(es) listed below:  
          Ahren   Tiller    on behalf of Defendant Jo Ann Loucao atiller@blc-sd.com,
           brett.bodie@blc-sd.com;carolina@blc-sd.com;ccosyleon@blc-sd.com;anika@blc-sd.com;nicole@blc-sd.com;erobles@blc-sd.com;danny@blc-sd.com;kreyes@blc-sd.com;wil@blc-sd.com  
          Ahren   Tiller    on behalf of Defendant Joe Manuel Loucao atiller@blc-sd.com,
           brett.bodie@blc-sd.com;carolina@blc-sd.com;ccosyleon@blc-sd.com;anika@blc-sd.com;nicole@blc-sd.com;erobles@blc-sd.com;danny@blc-sd.com;kreyes@blc-sd.com;wil@blc-sd.com  
          Ahren   Tiller    on behalf of Debtor Joe Manuel Loucao atiller@blc-sd.com,
           brett.bodie@blc-sd.com;carolina@blc-sd.com;ccosyleon@blc-sd.com;anika@blc-sd.com;nicole@blc-sd.com;erobles@blc-sd.com;danny@blc-sd.com;kreyes@blc-sd.com;wil@blc-sd.com  
          Ahren   Tiller    on behalf of Joint Debtor Jo Ann Loucao atiller@blc-sd.com,
           brett.bodie@blc-sd.com;carolina@blc-sd.com;ccosyleon@blc-sd.com;anika@blc-sd.com;nicole@blc-sd.com;erobles@blc-sd.com;danny@blc-sd.com;kreyes@blc-sd.com;wil@blc-sd.com  
          Recovery Management Systems Corporation    claims@recoverycorp.com  
          Rick   Knock    on behalf of Plaintiffs    Lincoln Finance Company, Inc. rknock@cklawpro.com  
          Ronald E. Stadtmueller    ecfstadt@aol.com,
           ecfstadt2@aol.com;ecfstadt@gmail.com;res@trustesolutions.net  
          Rosemary  Hong   on behalf of Creditor   Wells Fargo Bank, N.A. bknotice@rcolegal.com,
           bknotice@rcolegal.com  
          United States Trustee    ustp.region15@usdoj.gov  
          Vincent  Gorski   on behalf of Creditor   Automotive Finance Corporation
           vgorski@thegorskifirm.com,  efile@theadvocateslaw.com  
                                                                                                                                               TOTAL: 10